UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Sawsan Abi Saaba, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action*,

                              *Plaintiff*,

- *against* -

Deshi Senior Center, LLC, and Misbah Abdeen,

                              *Defendants*.
----------------------------------------------------------------X

Case No.: 1:23-cv-01685-BMC

**CERTIFICATE OF DEFAULT**

      I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant Deshi Senior Center, LLC, has not filed an answer or otherwise moved with respect to the complaint herein. The default of Deshi Senior Center, LLC, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
          April 19, 2023

                                          Brenna B. Mahoney, Clerk of Court

                                By: *Jalitza Poveda*
                                    Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Sawsan Abi Saaba, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action*,

                              *Plaintiff*,

- against -

Deshi Senior Center, LLC, and Misbah Abdeen,

                              *Defendants*.
-------------------------------------------------------------X

Case No.: 1:23-cv-01685-BMC

**CERTIFICATE OF DEFAULT**

      I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant Misbah Abdeen has not filed an answer or otherwise moved with respect to the complaint herein. The default of Misbah Abdeen, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York
           April 19, 2023

                                              Brenna B. Mahoney, Clerk of Court

                                      By:  *Jalitza Poveda*
                                               Deputy Clerk