**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Sawsan Abi Saaba, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action,*

                                             *Plaintiff,*

- against -

Deshi Senior Center, LLC, and Misbah Abdeen,

                                             *Defendants.*
-------------------------------------------------------------X

Case No.: 1: 23-cv-01685-BMC

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law dated May 19, 2023, together with the supporting declaration of Jason Mizrahi, Esq. and the exhibits annexed thereto, Plaintiff Sawsan Abi Saaba (the "Plaintiff"), by and through the undersigned counsel, Levin-Epstein & Associates, P.C., will move this Court, the Honorable Brian M. Cogan presiding, at the United States District Court of the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, as soon thereafter as counsel may be heard, for an order: (i) entering default judgment against the Defendants Deshi Senior Center, LLC and Misbah Abdeen (together, the "Defendants"), pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 55(b) in the amount consisting of unpaid wages, liquidated damages, statutory damages under the WTPA, attorneys' fees, and costs; and (ii) awarding prejudgment interest on Plaintiff's unpaid wages award in an amount to be determined by the Clerk of Court,; (iii) together with such other relief as this Court deems just and proper;

      **PLEASE TAKE FURTHER NOTICE** that answering and reply papers, if any, must be served by such date that the Court may order.

Dated: New York, New York
      May 19, 2023

|  |  |
|---|---|
| By: | /s/ Jason Mizrahi |
|  | Jason Mizrahi, Esq. |
|  | Joshua D. Levin-Epstein, Esq. |
|  | Levin Epstein & Associates, P.C. |
|  | 60 East 42nd Street, Suite 4700 |
|  | New York, NY 10165 |
|  | Telephone: (212) 792-0048 |
|  | Email: jason@levinepstein.com |
|  | *Attorneys for Plaintiff* |

Cc:    All parties via ECF