UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
Sawsan Abi Saaba, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action,*

                              *Plaintiff,*

               - *against* -

Deshi Senior Center, LLC, and Misbah Abdeen,

                              *Defendants.*
------------------------------------------X

Case No.: 1: 23-cv-01685-BMC

**AFFIDAVIT OF SAWSAN ABI SAABA**

    I, Sawsan Abi Saaba, declare pursuant to 28 U.S.C. § 1746, that:

    1.    I am the Plaintiff in the above-captioned action, and I am familiar with the facts and circumstances discussed herein based upon personal knowledge.

    2.    I make this declaration in support of Plaintiff's motion for default judgment against Deshi Senior Center, LLC, (the "Corporate Defendant"), and Misbah Abdeen (the "Individual Defendant", and together with the Corporate Defendant, the "Defendants"), pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 55(b) (the "Motion for Default").

    3.    Defendants own and operate nursing home known as "Deshi Senior Center" located at 83-10 Rockaway Blvd, Queens, NY 11416 ("Deshi Senior Center").

    4.    I was employed as a general worker and laborer at Deshi Senior Center from on or around June 2020 to, through and including, January 24, 2023.

    5.    During this period, I worked six (6) days per week: from approximately 9:00 a.m. to 5:00 p.m. (*i.e.*, 8 hours per day), for a total period of approximately 48 hours during each of the weeks, respectively.

      6.     From approximately June 2020 to, through and including, June 2021 Defendants paid me $15 per hour.

      7.     From approximately July 2021 to, through and including, June 24, 2022 Defendants paid me $20 per hour.

      8.     I was not paid *any* wages from approximately June 25, 2022 to, through and including, January 24, 2023 (*i.e.*, approximately the last six (6) months of my employment).

      9.     I was required to work in excess of forty (40) hours per week, but never received an overtime premium of one and one-half times my regular rate of pay for those hours.

      10.     Defendants also failed to make or preserve accurate records of my employment, and provide me with a written notice of rate of pay.

      11.     Defendants' failure to provide accurate wage notices and accurate wage statements denied me my statutory right to receive true and accurate information about the nature of my employment and related compensation policies.

      12.     Moreover, these breaches injured me by denying me the right to know the conditions of my compensation, which resulted in the underpayment of the minimum wages and overtime wages.

      13.     My duties at Deshi Senior Center required neither discretion nor independent judgment.

[***Remainder of Page Intentionally Left Blank – Signature Page to Follow***]

## **VERIFICATION**

I, Sawsan Abi Saaba, verify under penalty of perjury under the laws of the United States of America and New York that the foregoing facts and statements are true and correct to the best of my knowledge.

Dated: New York, New York
       May 5, 2023

**SAWSAN ABI SAABA**
_____
Sawsan Abi Saaba

_____
Notary Public

Jason Mizrahi
Notary Public, State of New York
Registration #02MI6434172
Qualified in New York County
Commission Expires May 31, 2026