UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

Sawsan Abi Saaba, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action*,

                              *Plaintiff*,

- against -

Deshi Senior Center, LLC, and Misbah Abdeen,

                              *Defendants*.

---------------------------------------------------------------X

Case No.: 1:23-cv-01685-BMC

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law dated June 2, 2023, together with the supporting declaration of Jason Mizrahi, Esq. and the exhibits annexed thereto, Plaintiff Sawsan Abi Saaba (the "Plaintiff"), by and through the undersigned counsel, Levin-Epstein & Associates, P.C., will move this Court, the Honorable Brian M. Cogan presiding, at the United States District Court of the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, for an order: entering default judgment against the Defendants Deshi Senior Center, LLC and Misbah Abdeen (together, the "Defendants"), pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 55(b), together with such other relief as this Court deems just and proper;

PLEASE TAKE FURTHER NOTICE that answering and reply papers, if any, must be served by such date that the Court may order.

Dated: New York, New York
       June 2, 2023

                                        By:    /s/ Jason Mizrahi
                                                  Jason Mizrahi, Esq.
                                                  Levin Epstein & Associates, P.C.
                                                  60 East 42nd Street, Suite 4700
                                                  New York, NY 10165
                                                  Tel. No.: (212) 792-0048
                                                  Email: jason@levinepstein.com
                                                  *Attorneys for Plaintiff*