UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SAWSAN ABI SAABA, on behalf of herself
and others similarly situated in the proposed
FLSA Collective Action,                                                                JUDGMENT

                              Plaintiff,                                                23-cv-1685 (BMC)

     v.

DESHI SENIOR CENTER, LLC, and
MISBAH ABDEEN,

                             Defendants.
---------------------------------------------------------------X

       A Memorandum, Decision and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on June 5, 2023, granting plaintiff's motion for a default judgment to the extent set forth in the Order; and directing the Clerk of Court to enter judgment against defendants, jointly and severally, in the amount of $54,884.80; it is

       ORDERED and ADJUDGED that plaintiff's motion for a default judgment is granted to the extent set forth in the Order; and that judgment is hereby entered against defendants, jointly and severally, in the amount of $54,884.80.

Dated: Brooklyn, New York                             Brenna B. Mahoney
       June 8, 2023                                           Clerk of Court

                                                     By:    */s/Jalitza Poveda*
                                                             Deputy Clerk